Form G16

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Broad Street Development | **DEFENDANTS** Archie Thomas |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Dann Duff 2100 Manchester, Wheaton Ill 650 212 5734 | **ATTORNEYS** (If Known) UnKnown |
| **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Adversarial Complaint seeking a Non Dischargeable order 523 (a)(6) + 523 (a)-2

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

FRBP 7001(1) – Recovery of Money/Property
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

FRBP 7001(2) – Validity, Priority or Extent of Lien
☐ 21-Validity, priority or extent of lien or other interest in property

FRBP 7001(3) – Approval of Sale of Property
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

FRBP 7001(4) – Objection/Revocation of Discharge
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

FRBP 7001(5) – Revocation of Confirmation
☐ 51-Revocation of confirmation

FRBP 7001(6) – Dischargeability
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

FRBP 7001(6) – Dischargeability (continued)
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ 65-Dischargeability - other

FRBP 7001(7) – Injunctive Relief
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

FRBP 7001(8) Subordination of Claim or Interest
☐ 81-Subordination of claim or interest

FRBP 7001(9) Declaratory Judgment
☐ 91-Declaratory judgment

FRBP 7001(10) Determination of Removed Action
☐ 01-Determination of removed claim or cause

Other
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 17 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR<br>Arthur Thomas | | BANKRUPTCY CASE NO.<br>2018-10363 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District Illinois | | DIVISION OFFICE | NAME OF JUDGE<br>Thorne |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Eastern Northern District | | DIVISION OFFICE | NAME OF JUDGE<br>Thorne |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>Dann Duff | | | |
| DATE<br>9/17/18 | | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>DANN DUFF | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

Plaintiffs and Defendants. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

Demand. Enter the dollar amount being demanded in the complaint.

Signature. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

United States Bankruptcy Court
Northern District of Illinois

In re: Archie Thomas, Debtor ) Bankruptcy #18-10363
) Chapter 7
Broad Street Development, LLC, et. al. )
vs. ) Judge Deborah Thorne
Archie Thomas )

**Adversarial Complaint Objecting to Discharge**

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 17 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Broad Street Development, LLC, Complainant, states as follows:

1. That the Respondent, Archie Thomas, is seeking a discharge

2. Tha this petition is brought pursuant to Section 523 (a) (6) of the United States bankrupcy Code.

3. That Archie Thomas has a propensity to lie under oath.

4. That Archie Thomas was the defendant in Cook County Case Number 2016L6845, Broad Street Development, LLC, et. al. vs. Archie Thomas.

5. That in said case a judgment in the amount of $160,000 was entered against the Defendant.

6. As a result of said judgment having been entered a collection case was initiated against Archie Thomas.

7. That the Defendant, Thomas, was found to be in contempt of court in said action for lying under oath that he had no bank accounts nor properties. See Exhibit A.

8. That Archie Thomas, after having been served with the citation proceedings transferred assets and hide assets from the court and the creditor and additionally spent and wasted funds all in contravention of the Citation.

9. That the Defendant was further found to have disobeyed the court by diminishing his assets including rental income. See Exhibit A.

10. That the Defendant was further found to be in contempt of court for failing to turn over documents to the Plaintiff. See Exhibit A.

11. That a non dischargeability order should be entered denying Thomas a discharge of all debts pursuant to case law (see Jerald Van Der Laan, U.S. Bankruptcy Court Northern

District of Illinois Bankruptcy No. 15B31218, Adverserial Claim of Chicago Regional Council of Carpenters)

_____
Dann Duff, owner of Broad Street Development, LLC